UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WF CAPITAL, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. BARKETT AND LISA BARKETT, and the marital community thereof, California residents,<br><br>Defendants. | Case No. C10-524RSL<br><br>TAXATION OF COSTS |

Costs in the above-entitled action are hereby taxed against DEFENDANTS WILLIAM J. BARKETT AND LISA BARKETT and on behalf of PLAINTIFFS in the amount of $576.00.

Dated this     23rd     day of AUGUST, 2010 .

_____
Bruce Rifkin
Clerk, U.S. District Court

TAXATION OF COSTS -- 1